1  **TROUTMAN SANDERS LLP**
   Jessica Lohr, Bar No. 302348
2  E-mail: jessica.lohr@troutman.com
   5 Park Plaza, Suite 1400
3  Irvine, CA  92614
   Telephone:   (858) 509-6000
4  Facsimile:    (858) 509-6040

5
   Attorney for Defendant John C. Heath
6  Attorney at Law, PLLC dba Lexington
   Law Firm
7

8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**

10
                      **Western Division**
11

12 | **KRISTYNA SOUDERS** | **CASE NO.: 2:18-cv-05791-PJW** |
   |---|---|
13 | **Plaintiff,** | |
14 | v. | **NOTICE OF SETTLEMENT** |
15 | **LEXINGTON LAW FIRM,** | |
16 | **Defendant.** | |

Defendant John C. Heath Attorney at Law, PLLC dba Lexington Law Firm ("Lexington"), by counsel, hereby submits the following Notice of Settlement. Lexington and Plaintiff Kristyna Souders have reached an agreement to settle the above-captioned matter in full and are in the process of executing a settlement agreement. A stipulation of dismissal will be filed with the Court upon the parties' full execution of the settlement agreement.

Dated: September 7, 2018          TROUTMAN SANDERS LLP

                                  By: */s/ Jessica R. Lohr*
                                       Jessica R. Lohr

                                  Attorney for Defendant,
                                  JOHN C. HEATH ATTORNEY AT LAW, PLLC dba LEXINGTON LAW FIRM

## CERTIFICATE OF CM/ECF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 7, 2018, to the below counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile, and/or overnight delivery.

> Todd M. Friedman
> tfriedman@toddflaw.com
> Adrian R. Bacon
> abacon@toddflaw.com
> Law Offices of Todd M. Friedman, P.C.
> 21550 Oxnard Street, Suite 780
> Woodland Hills, CA 91367
> Phone: (877) 206-4741
> Facsimile: (866) 633-0228
> *Attorneys for Plaintiff*

/s/ *Jessica R. Lohr*
Jessica R. Lohr

Attorney for Defendant, JOHN C. HEATH ATTORNEY AT LAW, PLLC dba LEXINGTON LAW FIRM