JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTYNA SOUDERS<br><br>Plaintiff(s),<br><br>v.<br><br>LEXINGTON LAW FIRM, et al.<br><br>Defendant(s). | Case No.<br><br>2:18−cv−05791−RGK−KS<br><br>(PROPOSED) ORDER |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated: November 1, 2018

_____
Honorable Judge of the District Court